# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADAM EMMANUEL GARCIA,<br>          Plaintiff,<br>   v.<br>CITY OF NEWPORT BEACH, et al,<br>          Defendants. | NO. SACV 19-1308-ODW (KS)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint, all of the records herein, Defendants' Motion to Dismiss the Complaint (the "Motion") and Plaintiff's Application for the Clerk to Enter Default against Defendants (the "Application"), the parties' related briefing, the October 3, 2019 Report and Recommendation of United States Magistrate Judge ("Report"), and Plaintiff's Objections to the Report ("Objections"). Pursuant to 28 U.S.C. § 636(b)(1)(C) and Fed. R. Civ. P. 72(b), the Court has conducted a *de novo* review of those portions of the Report to which objections have been stated.

The Court concludes that the arguments presented in the Objections do not affect or alter the analysis and conclusions set forth in the Report. Accordingly, IT IS HEREBY ORDERED that:

(1) the Application is DENIED;

(2) the Motion to Dismiss is GRANTED;

(3) Plaintiff's Fifth Amendment *Miranda* claim is DISMISSED with prejudice and without leave to amend;

(4) Plaintiff's Fourth Amendment excessive force and state law tort claims are DISMISSED without prejudice and with leave to amend;

(5) all claims against Gary Abrahamyan, Brandon Boehme-Decew, Rachel Cox, Zachery Varela, Anna Thelman, Nicholas Carr, and "Karen Gary Abrahamyan" are DISMISSED without prejudice and with leave to amend; and

(6) Plaintiff shall file a First Amended Complaint that complies with this Order and the Report within 21 days of the date of this order or face dismissal of the case in its entirety.

DATED: October 28, 2019

_____
OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE