UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADAM EMMANUEL GARCIA,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF NEWPORT BEACH, et al,<br><br>Defendants. | NO. SACV 19-1308-ODW (KS)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Second Amended Complaint (the "Complaint"), all of the records herein, and the April 7, 2020 Report and Recommendation of United States Magistrate Judge ("Report") (Dkt. No. 66). The time for filing Objections to the Report has passed, and no Objections have been filed with the Court. Further, the Court previously ordered Plaintiff's claims against Judge Stevenson dismissed with prejudice. (Dkt. No. 72.) Having completed its review, the Court accepts the findings and recommendations set forth in the Report.

Accordingly, IT IS HEREBY ORDERED that:

(1) Plaintiff's claims against Defendants Boehme-Decew, Carr, the City of Newport Beach, and the Newport Beach Police Department are DISMISSED with prejudice;

(2) Plaintiff's claims for prospective relief against the individual Defendant police officers are DISMISSED with prejudice;

(3) Plaintiff's claims under the Equal Protection Clause and the First and Fifth Amendments to the U.S. Constitution and their analogues in the California Constitution are DISMISSED with prejudice;

(4) Plaintiff's state tort, conspiracy, and Unruh Act claims are DISMISSED with prejudice;

(5) Plaintiff's claims under Section 16 of the Article IV of the California Constitution are DISMISSED with prejudice; and

(6) Defendants Abrahamyan, Varela, and Simmons shall, within 21 days of the date of this Order, respond to the Second Amended Complaint, as amended by this Order,[1] by filing with the Court and serving on Plaintiff either an Answer or a motion under Rule 12 of the Federal Rules of Civil Procedure.

DATED: March 16, 2021

_____
OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE

---

[1] As amended, the Second Amended Complaint asserts the following claims for relief: Defendants Abrahamyan, Varela, and Simmons violated the Fourth Amendment to the U.S. Constitution and its California analogue by using excessive force against Plaintiff, arresting Plaintiff without a valid warrant or probable cause, and interrogating Plaintiff about his identity at gunpoint without sufficient justification.