# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADAM EMMANUEL GARCIA,<br>　　　　Plaintiff,<br><br>　　v.<br><br>CITY OF NEWPORT BEACH, et al,<br>　　　　Defendants. | NO. SACV 19-1308-ODW (KS)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

The Court has reviewed the Second Amended Complaint, all of the records herein, and the May 20, 2021 Amended Second Interim Report and Recommendation of United States Magistrate Judge ("Report") (Dkt. No. 114). Having completed its review, the Court accepts the findings and recommendations set forth in the Report nunc pro tunc. This Order does not alter the Court's March 16, 2021 Order (Dkt. No. 97).

DATED: May 27, 2021

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　OTIS D. WRIGHT, II
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE